IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN F. DILLARD<br><br>Defendant. | Case No. 1:02-CR-36-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

The Court has before it a motion to appoint counsel filed by the defendant. The motion is fully briefed and at issue.

More than a decade ago, the defendant pled guilty to a charge of possession of child pornography. The defendant was sentenced to five years of imprisonment and 3 years of supervised release. The defendant served his sentence and was discharged from supervised release in 2010.

In 2012, the defendant asked the Court to appoint counsel for him to challenge his conviction. The Court denied that request in a detailed decision that set out the standards for appointing counsel, the same standards the Court will follow here. *See Order (Dkt. No. 56).* The defendant has now asked the Court again for counsel, arguing that he can show a witness lied. As the Court explained in its prior Order, there is no right to counsel under the circumstances presented by this case. For the reasons explained there, the Court will once again deny the

**Memorandum Decision & Order - 1**

motion for appointed counsel.

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to appoint attorney (docket no. 58) is DENIED.



DATED: **March 25, 2013**

Honorable B. Lynn Winmill
Chief U. S. District Judge